```
IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.
The party obtaining this order is responsible for
noticing it pursuant to Local Rule 9022-1.

Dated: December 16, 2009
```



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-28560/0001915945

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 0:09-bk-28682-RJH |
| James A. Kibbey and Julia A. Kibbey<br>    Debtors. | Chapter 7 |
| PNC Bank, National Association sbm to National City Real Estate Services, LLC. | ORDER |
| Movant,<br>   vs. | (Related to Docket #14) |
| James A. Kibbey and Julia A. Kibbey, Debtors, William E. Pierce, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 17, 2003 and recorded in the office of the Mohave County Recorder wherein PNC Bank, National Association sbm to National City Real Estate Services, LLC. is the current beneficiary and James A. Kibbey and Julia A. Kibbey have an interest in, further described as:

> Lot 25, Block 7, Tierra Grande, Tract No. 4023-B, according to the plat recorded August 9, 1984 as Fee No. 84-29597, records of Mohave County, Arizona; EXCEPT all oil, gas, coal and minerals, as reserved in Deed recorded in Book 78 of Deeds, page 259 and thereafter instrument nullifying certain reservations and rights, recorded in
> Book 88 of Deeds, page 416, records of Mohave County, Arizona

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this \_\_\_\_ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT